JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARIO ADRIAN REYES, | Case No.: EDCV 16-01050-DMG (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| J. LIZARRAGA, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATED: December 28, 2017

_____
DOLLY M. GEE
United States District Judge